| | |
|---|---|
| Laurence M. Rosen (S.B. #219683) | Seth Aronson (S.B. #100153) |
| Phillip Kim (admitted *pro hac vice*) | saronson@omm.com |
| lrosen@rosenlegal.com | O'MELVENY & MYERS LLP |
| pkim@rosenlegal.com | 400 South Hope Street |
| THE ROSEN LAW FIRM, P.A. | Los Angeles, CA 90071 |
| 355 South Grand Avenue, 2450 | Telephone: (213) 430-6000 |
| Los Angeles, CA 90071 | Facsimile: (213) 430-6407 |
| Telephone: (213) 785-2610 | |
| Facsimile: (213) 226-2684 | Charles E. Bachman (admitted *pro hac vice*) |
| | Edward N. Moss (admitted *pro hac vice*) |
| *Counsel for Plaintiff Martin Graham* | cbachman@omm.com |
| | emoss@omm.com |
| | O'MELVENY & MYERS LLP |
| | 7 Times Square |
| | New York, NY 10036 |
| | Telephone: (212) 326-2000 |
| | Facsimile: (212) 326-2061 |
| | |
| | *Counsel for Defendants* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

---------------------------------------------------------------X
JANICE KENNY, Individually and on Behalf of All Others Similarly Situated,

      Plaintiff,

  v.

MONTAGE TECHNOLOGY GROUP LIMITED, HOWARD C. YANG, STEPHEN TAI and MARK VOLL,

      Defendants.
---------------------------------------------------------------X

Case No.: 3:14-cv-00722 (SI)

<ins>CLASS ACTION</ins>

MARTIN GRAHAM, Individually and on Behalf of All Others Similarly Situated,

      Plaintiff,

  v.

HOWARD C. YANG, STEPHEN TAI, MARK VOLL, YUNG KUEI YU, CATHY YEN, JUNG-KUNG YANG, EDWARD WAY, CHARLES G. SODINI, and MONTAGE TECHNOLOGY

Case No.: 5:14-cv-001893 (PSG)

<ins>CLASS ACTION</ins>

1 | GROUP LIMITED,
2 |           Defendants.

---------------------------------------------------------------X
MARIA CECILIA GHILARDOTTI, Individually and on Behalf of All Others Similarly Situated,

       Plaintiff,

   v.

MONTAGE TECHNOLOGY GROUP LIMITED, HOWARD C. YANG, STEPHEN TAI, and MARK VOLL,

       Defendants.
---------------------------------------------------------------X
ZHAO ERDI, Individually and on Behalf of All Others Similarly Situated,

       Plaintiff,

   v.

MONTAGE TECHNOLOGY GROUP LIMITED, HOWARD C. YANG, STEPHEN TAI, MARK VOLL, YUNG KUEI YU, CATHY YEN, JUNG-KUNG YANG, EDWARD WAY, and CHARLES G. SODINI,

       Defendants.
---------------------------------------------------------------X

Case No.: 3:14-cv-01894 (JD)

<u>CLASS ACTION</u>

Case No.: 4:14-cv-01895 (LLS)

<u>CLASS ACTION</u>

**CORRECTED STIPULATION AND ~~PROPOSED~~
CONSOLIDATION ORDER FOR
<u>SECURITIES FRAUD CLASS ACTIONS</u>**

Pursuant to FRCivP 16(d), Civil L.R. 23-1(b), and Manual for Complex Litigation, Fourth §§ 11.12, 11.21 and 31 (2004), the parties stipulate, and the Court hereby orders, as follows:

## CONSOLIDATION OF RELATED CASES

1. The actions listed on Exhibit A are related cases within the meaning of Civil L.R. 3-12. Pursuant to FRCivP 42(a), these cases are hereby consolidated into Civil Action No. C-3:2014-cv-0722 for pretrial proceedings before this Court. The consolidated action shall be captioned: "In re Montage Technology Group Limited Securities Litigation."

2. All related actions that are subsequently filed in, or transferred to, this District shall be consolidated into this action for pretrial purposes. This Order shall apply to every such related action, absent order of the Court. A party that objects to such consolidation, or to any other provision of this Order, must file an application for relief from this Order within thirty (30) days after the date on which a copy of the order is mailed to the party's counsel, pursuant to Paragraph 7, infra.

3. This Order is entered without prejudice to the rights of any party to apply for severance of any claim or action, for good cause shown.

## MASTER DOCKET AND CAPTION

4. The docket in Civil Action No. C-3:2014-cv-0722 shall constitute the Master Docket for this action.

5. Every pleading filed in the consolidated action shall bear the following caption:

| | |
|---|---|
| In re MONTAGE TECHNOLOGY GROUP LIMITED SECURITIES LITIGATION<br><br>This Document Relates To: | Master File No 3:2014-cv-0722 (SI)<br><br>CLASS ACTION |

6. The file in Civil Action No. C-3:2014-cv-0722 shall constitute a Master File for every action in the consolidated action. When the document being filed pertains to all actions, the phrase "All Actions" shall appear immediately after the phrase "This Documents Relates To:". When a pleading applies only to some, not all, of the actions, the document shall list, immediately after the phrase "This Documents Relates To:", the docket number for each individual action to which the document applies, along with the last name of the first-listed plaintiff in said action

1  (e.g., "*Kenny,* No. C-3:2014-cv-0722 (SI)").

2  7. The parties shall file a Notice of Related Cases pursuant to Civil L.R. 3-12 whenever a case that should be consolidated into this action is filed in, or transferred to, this District. If the Court determines that the case is related, the clerk shall:

- a. place a copy of this Order in the separate file for such action;
- b. serve on plaintiff's counsel in the new case a copy of this Order;
- c. direct that this Order be served upon defendants in the new case; and
- d. make the appropriate entry in the Master Docket.

## PLEADINGS AND MOTIONS

8. Defendants are not required to respond to the complaint in any action consolidated into this action, other than a consolidated complaint or a complaint designated as the operative complaint.

## DISCOVERY

9. The following definitions shall presumptively apply in all discovery issued in this action:

- a. Communication. The term "communication" means the transmittal of information (in the form of facts, ideas, inquiries or otherwise).
- b. Document. The term "document" is defined to be synonymous in meaning and equal in scope to the usage of this term in FRCivP 34(a). A draft or nonidentical copy is a separate document within the meaning of this term.
- c. Identify (with respect to persons). When referring to a person, "to identify" means to give, to the extent known, the person's full name, present or last known address, and when referring to a natural person, additionally, the present or last known place of employment. Once a person has been identified in accordance with this subparagraph, only the name of that person need be listed in response to subsequent discovery requesting the identification of that person.
- d. Identify (with respect to documents). When referring to documents, "to

1  identify" means to give, to the extent known, the (i) type of document; (ii) general subject matter; (iii) date of the document; and (iv) author(s), addressee(s) and recipient(s).

    e.    Parties. The terms "plaintiff" and "defendant" as well as a party's full or abbreviated name or a pronoun referring to a party mean the party and, where applicable, its officers, directors, employees, partners, corporate parent, subsidiaries or affiliates. This definition is not intended to impose a discovery obligation on any person who is not a party to the litigation.

    f.    Person. The term "person" is defined as any natural person or any business, legal or governmental entity or association.

    g.    Concerning. The term "concerning" means relating to, referring to, describing, evidencing or constituting.

10.    The following rules of construction apply to all discovery requests:

    a.    All/Each. The terms "all" and "each" shall be construed as all and each.

    b.    And/Or. The connectives "and" and "or" shall be construed either disjunctively or conjunctively as necessary to bring within the scope of the discovery request all responses that might otherwise be construed to be outside of its scope.

    c.    Number. The use of the singular form of any word includes the plural and vice versa.

11.    Counsel for the parties shall notify their clients of their document preservation obligations pursuant to the federal securities laws and the Local Rules.

1  Dated: May 13, 2014

2  THE ROSEN LAW FIRM, P.A.                      O'MELVENY & MYERS LLP

3  By:/s/Phillip Kim                              By:/s/ Edward N. Moss
4  Phillip Kim (admitted *pro hac vice*)          Seth Aronson (S.B. #100153)
   Laurence M. Rosen (S.B. # 219683)              400 South Hope Street
5  355 South Grand Avenue, 2450                   Los Angeles, CA 90071
   Los Angeles, CA 90071                          Telephone: (213) 430-6000
6  Telephone: (213) 785-2610                      Facsimile: (213) 430-6407
   Facsimile: (213) 226-2684                      Email: saronson@omm.com
7  Email: lrosen@rosenlegal.com
   Email: pkim@rosenlegal.com                     Charles E. Bachman
8                                                 (admitted *pro hac vice*)
9  *Counsel for Plaintiff Martin Graham*          Edward N. Moss
                                                  (admitted *pro hac vice*)
10 SAXENA WIDTE P.A.                              7 Times Square
                                                  New York, New York 10036
11 By:/s/ Lester R. Hooker                        Telephone: (212) 326-2000
12 Lester R. Hooker                               Facsimile: (212) 326-2061
   Joseph E. White III                            Email: cbachman@omm.com
13 2424 North Federal Highway, Suite 257          Email: emoss@omm.com
   Boca Raton, FL 33431
14 Telephone: (561) 394-3399                      *Counsel for Defendants*
   Facsimile: (561) 394-3382
15

16 RYAN & MANISKAS, LLP
   Katharine M. Ryan
17 Richard A. Maniskas
   995 Old Eagle School Rd., Ste. 311
18 Wayne, PA 19087
   Telephone: (484) 588-5516
19 Facsimile: (484) 450-2582

20
   *Counsel for Plaintiff Maria Cecilia Ghilardotti*
21 LAW OFFICES OF CURTIS V. TRINKO,
   LLP
22 Curtis V. Trinka
   Jennifer Traystman
23 C. William Margrabe
24 16 West 46th Street, 7th Floor
   New York, NY 10036
25 Telephone: (212) 490-9550
   Facsimile: (212) 986-0158
26 Email: Ctrinko@trinko.com

27
   *Liaison Counsel for Plaintiff Maria Cecilia*
28 *Ghilardotti*

1  POMERANTZ LLP

2  By:/s/ Jeremy Lieberman
3  Jeremy Alan Lieberman
   Lesley Frank Portnoy
4  600 Third Avenue, 20th Floor
   New York, NY 10016
5  Telephone: (212) 661-1100
   Facsimile: (212) 661-8665
6  Email: jalieberman@pomlaw.com
7  Email: lfportnoy@pomlaw.com

8  POMERANTZ LLP
   Patrick Vincent Dahlstrom
9  10 South LaSalle Street
   Suite 3505
10 Chicago, IL 60603
11 Telephone: (212) 661-1100
   Facsimile: (212) 661-8665
12 Email: pdahlstrom@pomlaw.com

13 *Counsel for Plaintiff Zhao Erdi*

14 ROBBINS GELLER RUDMAN
15 & DOWD LLP

16 By:/s/ Brian O'Mara
   Brian O'Mara
17 Darren J. Robbins
   David C. Walton
18 655 West Broadway, Suite 1900
19 San Diego, CA 92101-8498
   Telephone: (619) 231-1058
20 Facsimile: (619) 231-7423
   Email: darrenr@rgrdlaw.com
21 Email: davew@rgrdlaw.com
   Email: bomara@rgrdlaw.com
22

23 JOHNSON & WEAVER, LLP
   W. SCOTT HOLLEMAN
24 99 Madison Avenue, 5th Floor
   New York, NY 10016
25 Telephone: (212) 802-1486
   Facsimile: (212) 602-1592
26

27 *Counsel for Plaintiff Janice Kenny*

28

1
2  THE FOREGOING STIPULATION
   IS APPROVED AND IS SO ORDERED.
3
4  Dated:  May 12, 2014                   _____
                                                Hon. Susan Illston
5                                          UNITED STATES DISTRICT JUDGE
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ATTESTATION OF FILING**

Pursuant to Local Rule 5-1(i)(3) regarding signatures, I, Phillip Kim, hereby attest that concurrence in the filing of this Stipulation and Proposed Consolidation Order for Securities Fraud Class Actions has been obtained from each of the other Signatories with conformed signatures above.

Dated: May 13, 2014

By: /s/ Phillip Kim
Phillip Kim
THE ROSEN LAW FIRM, P.A.
355 South Grand Avenue, 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-2684

# EXHIBIT A

RELATED CASES

- *Graham v. Yang, et al*, Case No. 5:14-cv001893
- *Ghilardotti v. Montage Technology Group Limited, et al*, Case No. 3:14-cv-01894
- *Erdi v. Montage Technology Group Limited, et al*, Case No. 4:14-cv-01895